

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00550-CV

Randy K. **SMITH**,
Appellant

v.

Lawrence **REID**, Royce Reid, Jennifer Heath and THL GP Inc.,
Appellees

From the 63rd Judicial District Court, Edwards County, Texas
Trial Court No. 3798
Honorable M. Rex Emerson, Judge Presiding

BEFORE RETIRED CHIEF JUSTICE STONE,[1] JUSTICE ANGELINI,
AND JUSTICE MARTINEZ

On the panel's own motion, this court's opinion and judgment dated December 23, 2014 are WITHDRAWN, and this judgment and a new opinion are substituted in their place.

In accordance with this court's opinion of this date, the judgment of the trial court awarding Lawrence Reid, et al. attorney's fees against Randy K. Smith through trial in the amount of $79,171.30 is MODIFIED to reduce the amount of attorney's fees awarded through trial to $55,419.91. Further, the judgment of the trial court is MODIFIED to reflect that the award of appellate attorney's fees is conditioned upon an unsuccessful appeal to the Fourth Court of Appeals by appellant Randy K. Smith. As modified, the judgment of the trial court is AFFIRMED. Costs of the appeal are taxed against the party incurring same.

SIGNED June 24, 2015.

_____
Rebeca C. Martinez, Justice

---

[1] Not participating.